UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| In Re: | Case No.: 14-23124 |
|---|---|
| John Mileusnic  Diane M. Mileusnic       **Debtors** | Chapter 7 |
|  | Judge: J. Philip Klingeberger |

### ORDER ON MOTION FOR RELIEF FROM STAY AND ABANDONMENT OF PROPERTY

This matter is before the Court upon the Motion for Relief from Stay and Abandonment filed by Planet Home Lending, LLC, (hereinafter "Creditor"). The Motion requested relief from the automatic stay and abandonment in the real property commonly known as 325 Plum Creek Dr., Schererville, In 46375, pursuant to 11 U.S.C. § 362(d) and §554.

For good cause shown, this Court GRANTS the Motion for Relief from Stay and Abandonment. The automatic stay imposed by §362 of the Bankruptcy Code is terminated with respect to Creditor, its successor, and assigns.

Creditor is authorized to proceed with its State Law rights, including, but not limited to its right to proceed with a foreclosure sale of the real property commonly known as 325 Plum

Creek Dr., Schererville, In 46375.  The stay shall remain terminated in the event that the Debtor converts to a different chapter under the Bankruptcy Code.

    IT IS FURTHER ORDERED that the Trustee's interest in the real property located at 325 Plum Creek Dr., Schererville, In 46375 is hereby abandoned.

    IT IS FURTHER ORDERED that the provisions of Bankruptcy Rule 4001(a)(3) are hereby waived and this order is effective immediately.

    SO ORDERED this 13th day of March, 2015.

-------------------------------------
J. Philip Klingeberger, Judge
United States Bankruptcy Court